UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW E. SANFORD, | No. 2:22-cv-1304 AC P |
| Petitioner, | |
| v. | ORDER |
| BIRD, | |
| Respondent. | |

By order filed July 27, 2022, petitioner was ordered to file a completed in forma pauperis application or pay the filing fee. ECF No. 3. Thirty days have now passed and petitioner has not filed an in forma pauperis application, paid the filing fee, or otherwise responded to the order. Petitioner will be given one final opportunity to comply with the July 27, 2022 order.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, petitioner shall submit either an application to proceed in forma pauperis or the required filing fee ($5.00). Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: September 9, 2022.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1