UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW E. SANFORD, | No. 2:22-cv-1304 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| MATTHEW MCVAY, | |
| Respondent. | |

By order filed March 28, 2024, this case was stayed so that petitioner could return to state court and exhaust his state remedies. ECF No. 32. Petitioner was directed to file a case status report every sixty days advising the court of the progress of his state habeas petition. Id. at 2. It has been more than sixty days since petitioner filed his last status report. Petitioner will be required to file a status report and failure to do so may result in a recommendation that this case be dismissed for failure to prosecute.

The court further notes that petitioner's last status report includes a different address that plaintiff's address of record. The Clerk of the Court will be directed to update petitioner's address. However, petitioner is cautioned that if his address changes in the future, he must notify the court of the change of address by filing a notice of change of address that clearly notifies the court that his address has changed. Merely including a different on a filing will not necessarily notify the court that petitioner's address has changed.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the service of this order, petitioner shall file a status report regarding the status of his state habeas petition. Failure to comply may result in a recommendation that this action be dismissed without prejudice for failure to prosecute.

2. The Clerk of the Court is directed to update petitioner's address of record to Andrew Sanford, CDCR #AW-0534, Valley State Prison, P.O. Box 96, Chowchilla, CA 93610.

DATED: March 10, 2025

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE