UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW E. SANFORD,<br><br>Petitioner,<br><br>v.<br><br>MCVAY,<br><br>Respondent. | No. 2:22-cv-1304 KJM AC P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed March 28, 2024, this case was stayed so that petitioner could return to state court and exhaust his state remedies. ECF No. 32. Petitioner was directed to file a case status report every sixty days advising the court of the progress of his state habeas petition. Id. at 2. It has been more than sixty days since petitioner filed his last status report.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, petitioner shall file a status report regarding the status of his state habeas petition. Failure to comply may result in a recommendation that this action be dismissed without prejudice for failure to prosecute.

DATED: December 1, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE